21 So.2d 854

**Otis ARNOLD v. CITY OF STEVENSON.**

**8 Div. 436.**

Court of Appeals of Alabama.

Feb. 27, 1945.

H. T. Foster, of Scottsboro, for appellant.

Proctor & Snodgrass, of Scottsboro, for appellee.

BRICKEN, Presiding Judge.

Affirmed.

■

21 So.2d 854

**Ruby Lee ARNOLD v. STATE.**

**I Div. 496.**

Court of Appeals of Alabama.

Feb. 27, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

■

26 So.2d 920

**Ed BAILEY v. STATE.**

**8 Div. 522.**

Court of Appeals of Alabama.

May 21, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

■

21 So.2d 854

**Johnnie BARGER v. CITY OF TUSCA-LOOSA.**

**6 Div. 193.**

Court of Appeals of Alabama.

April 19, 1945.

PER CURIAM.

Appeal dismissed, want of prosecution.

■

24 So.2d 920

**Buster BATEN, alias Bates, v. STATE.**

**6 Div. 209.**

Court of Appeals of Alabama.

Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.